# Court of Appeals
# of the State of Georgia

ATLANTA,  June 15, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1971.  ODOLPH WRIGHT v. PROVIDENCE MANOR, INC.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Odolph Wright appealed the magistrate court's decision to the state court. The state court subsequently entered judgment against Wright, who filed a notice of direct appeal to this Court.

We lack jurisdiction. Because the order at issue disposes of a de novo appeal from a magistrate court decision, Wright was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.





*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/15/2012
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*